IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ALI RESHARD BARBOUR,

     Petitioner,

v.

MICHAEL D. CREWS,
SECRETARY OF FLORIDA
DEPARTMENT OF
CORRECTIONS,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3981

Opinion filed September 17, 2014.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Ali Reshard Barbour, pro se, Petitioner.

No appearance for Respondent.

PER CURIAM.

     DISMISSED.  See Baker v. State, 878 So. 2d 1236 (Fla. 2004).

LEWIS, C.J., PADOVANO and CLARK, JJ., CONCUR.